**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

2012-1162, -1210, -1213

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
SEP 21 2012
JAN HORBALY
CLERK

SEIRUS INNOVATIVE ACCESSORIES, INC.,

Plaintiff-Appellant,

v.

CABELA'S INC.,

Defendant-Cross Appellant,

and

ROSS GLOVE COMPANY,

Defendant-Cross Appellant,

and

UNITED STATES,

Defendant-Appellee.

---

Appeals from the United States District Court for the Southern District of California in Case No. 09-CV-0102, Judge Marilyn L. Huff

---

# UNOPPOSED MOTION FOR LIMITED REMAND

---

Matthew D. Murphey
Paul E. McGowan
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, California 92130-2092
Tel: (858) 509-6000
Fax: (858) 509-6040

RECEIVED
SEP 21 2012
United States Court of Appeals
For The Federal Circuit

Counsel for Plaintiff-Appellant
SEIRUS INNOVATIVE ACCESSORIES, INC.

43

Pursuant to Federal Rule of Appellate Procedure 12.1, Plaintiff-Appellant SEIRUS INNOVATIVE ACCESSORIES, INC. ("Seirus"), without opposition by Defendants-Cross Appellants,[1] moves the Court for a limited remand to the United States District Court for the Southern District of California. On September 4, 2012, the district court issued an indicative ruling pursuant to Federal Rule of Civil Procedure 62.1, stating that it would vacate its judgment and the relevant orders if this Court were to remand (Dkt. No. 529) (attached hereto as **Exhibit A**). In support of its motion for limited remand, Seirus states as follows:

## I. Procedural History

At this time, the parties have not filed their briefs, and no opinion has been rendered in this appeal. Since entering the Mediation Program in May, 2012, the parties have diligently pursued settlement and have reached a settlement agreement that is expressly contingent upon vacatur of the district court's final judgment in this case (Dkt. No. 493), along with its orders granting Defendants' motion for summary judgment on invalidity of U.S. Patent No. 5,214,804 (Dkt. No. 446), granting Defendants' motion for summary judgment on Seirus' trade dress claims (Dkt. No. 350), and denying Seirus' motion for reconsideration on trade dress (Dkt. No. 439). Accordingly, pursuant to Fed. R. App. P. 12.1(a), Seirus notifies

[1] The United States has not participated in settlement discussions, it has not opposed the parties' settlement efforts, and it has no reason to oppose this motion.

the Court of the district court's indicative ruling and moves pursuant to Fed. R. Civ. P. 12.1(b), without opposition, for a limited remand for the sole purpose of allowing the lower court to vacate its final judgment and the relevant orders.

**II. Rule 12.1(a) Limited Remand Is Appropriate.**

Where a district court indicates pursuant to Fed. R. Civ. P. 62.1 that it would grant relief from judgment under Fed. R. Civ. P. 60, this Court has authority under Fed. R. App. P. 12.1 to "remand for further proceedings."

The Court should recognize the goal and salutary effects of settlement, which the parties have effected here. Public policy favors settlement. *Bank of America Nat'l Trust & Sav. Ass'n v. United States*, 23 F.3d 380, 383 (Fed. Cir. 1994) ("The law strongly favors settlement of litigation, and there is a compelling public interest and policy in upholding and enforcing settlement agreements voluntarily entered into.") (internal citation omitted).

If finalized, this settlement will bring the pending litigation between these parties to an end. Further, if the district court ultimately vacates the subject judgment and orders (after limited remand from this Court), the vacated judgment and orders will have no precedential effect between these parties, as all their disputes will have been resolved as a result of their final settlement.

## III. Concluding Remarks

Equitable principles favor amicable settlements. For the reasons stated above, Seirus requests that the Court remand this matter to the district court for the limited purpose of granting vacatur of the judgment and relevant orders. Pursuant to Fed. R. App. P. 12.1(b), Seirus will notify the Court when the district court has decided the motion on remand.

Dated: September 11, 2012

Respectfully Submitted,

TROUTMAN SANDERS LLP

By: ______________________

Paul E. McGowan
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, California 92130-2092
Tel: (858) 509-6000
Fax: (858) 509-6040

Counsel for Plaintiff-Appellant
SEIRUS INNOVATIVE ACCESSORIES, INC.

# CERTIFICATE OF INTEREST

Counsel for Plaintiff-Appellant Seirus Innovative Accessories, Inc. certifies the following:

1. The full name of every party or amicus represented by me is:
   Seirus Innovative Accessories, Inc

2. The name of the real party in interest (if the party named in the caption is not the real party in interest) represented by me is:
   Seirus Innovative Accessories, Inc

3. All parent corporations and any publicly held companies that own 10 percent or more of the stock of the party or amicus curiae represented by me are:
   N/A

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency or are expected to appear in this court are:

   *Troutman Sanders LLP:* Matthew D. Murphey, Eric M. Jaegers, Paul E. McGowan, Evan D. Dwin

   *Gordan & Rees LLP:* Kimberly Diane Howatt, Marc A. Holmquist

   *Tressler LLP*: Lindsay J. Hulley

Dated: September 11, 2012

Paul E. McGowan



20095749

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2012, I caused the original and three (3) copies of the enclosed **UNOPPOSED MOTION FOR LIMITED REMAND** to be sent by Federal Express overnight delivery to:

Clerk of the Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, N.W., Room 401
Washington, D.C. 20439

and one (1) copy of the **UNOPPOSED MOTION FOR LIMITED REMAND** to be sent by email and United States Mail to:

| | |
|---|---|
| Nicole M. Murray, Esq.<br>Quarles & Brady LLP<br>300 North LaSalle Street, Suite 4000<br>Chicago, IL 60654<br>Telephone: (312) 715-5241<br>Facsimile: (312) 632-1780<br>Email: nicole.murray@quarles.com | Attorneys for Defendant-Cross Appellant<br>**CABELA'S, INC.** |
| Duane S. Horning, Esq.<br>Cynthia G. Iliff, Esq.<br>California Business Law Group, PC<br>750 B Street, Suite 2330<br>San Diego, CA 92101<br>Telephone: (619) 325-1315<br>Email: dhorning@cblg.biz<br>ciliff@cblg.biz | Attorneys for Defendant-Cross Appellant<br>**ROSS GLOVE COMPANY** |

| | |
|---|---|
| Douglas N. Letter, Esq.<br>Adam C. Jed, Esq.<br>Scott R. McIntosh, Esq.<br>U.S. Dept. of Justice, Appellate Staff, Civ. Division<br>950 Pennsylvania Ave., NW, Rm. 7513<br>Washington, DC 20530<br>Telephone: (202) 514-3602<br>Facsimile: (202) 514-8151<br>Email: douglas.letter@usdoj.gov<br>adam.c.jed@usdoj.gov<br>scott.mcintosh@usdoj.gov | Attorneys for Defendant-Appellee<br>**UNITED STATES** |
| Honorable Marilyn L. Huff<br>U.S. District Court Judge<br>U.S. District Court, Southern District of California<br>940 Front Street, Courtroom 13<br>San Diego, California 92101-8900 | |
| Wendy L. Dean<br>Circuit Mediation Officer<br>U.S. Court of Appeals, Federal Circuit<br>717 Madison Place, N.W.<br>Washington, D.C. 20439 | |

Dated: September 11, 2012

Paul E. McGowan
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, California 92130-2092
Tel: (858) 509-6000
Fax: (858) 509-6040

Counsel for Plaintiff-Appellant
SEIRUS INNOVATIVE ACCESSORIES, INC.

## CERTIFICATE OF COMPLIANCE PURSUANT TO RULES 32(a)(7)(C), FED. R. APP. P., AND 32(b), FED. CIR. R.

I hereby certify that this brief complies with the type-volume limitations under Rule 32(a)(7)(B)(i), Fed. R. App. P., and 32(b), Fed. Cir. R., and that the word processing system used to prepare the brief indicates that it contains 479 words.

By:___________________________

Paul E. McGowan
TROUTMAN SANDERS LLP
11682 El Camino Real, Suite 400
San Diego, California 92130-2092
Tel: (858) 509-6000
Fax: (858) 509-6040

# EXHIBIT A

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,

Plaintiff,

vs.

CABELA'S, Inc., a Delaware corporation and ROSS GLOVE COMPANY, a Wisconsin corporation,
,

Defendants.

CASE NO. 09-CV-0102-H (WMC)

**INDICATIVE RULING REGARDING VACATUR OF FINAL JUDGMENT AND ORDERS**

Having considered Plaintiff Seirus Innovative Accessories, Inc.'s Unopposed Motion for Indicative Ruling on Vacatur, the Court hereby **RULES** as follows:

If the United States Court of Appeals for the Federal Circuit were to remand the appeals in this matter for the limited purpose of vacating the final judgment in this case (Dkt. No. 493), along with the Court's orders granting Defendants' motion for summary judgment on invalidity of U.S. Patent No. 5,214,804 (Dkt. No. 446), granting Defendants' motion for summary judgment

///

///

///

///

on Seirus' trade dress claims (Dkt. No. 350), and denying Seirus' motion for reconsideration on trade dress (Dkt. No. 439), then this Court would vacate the foregoing final judgment and orders.

DATED: September 4, 2012

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT