FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

MAR 12 2013

JAN HORBALY
CLERK

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEIRUS INNOVATIVE ACCESSORIES, INC., a Utah corporation,<br>Plaintiff,<br>vs.<br>CABELA'S, Inc., a Delaware corporation and ROSS GLOVE COMPANY, a Wisconsin corporation,<br>Defendants. | CASE NO. 09-CV-0102-H (WMC)<br>**ORDER GRANTING VACATUR OF FINAL JUDGMENT AND ORDERS** |

Having considered Plaintiff Seirus Innovative Accessories, Inc.'s Unopposed Motion to Vacate (Doc. No. 535), the Court orders as follows:

The United States Court of Appeals for the Federal Circuit remanded the appeals in this matter for the limited purpose of vacating the final judgment in this case (Doc. No. 493), and vacating this Court's orders granting Defendants' motion for summary judgment on invalidity of U.S. Patent No. 5,214,804 (Doc. No. 446), granting Defendants' motion for summary judgment on Seirus' trade dress claims (Doc. No. 350), and denying Seirus' motion for reconsideration on trade dress (Doc. No. 439).

///

///



51

Pursuant to this Court's Indicative Ruling, issued September 4, 2012 (Doc. No. 529), the Court grants Plaintiff's Unopposed Motion to Vacate and vacates the final judgment and orders on summary judgment and reconsideration (Doc. Nos. 350, 439, 446, 493).

**IT IS SO ORDERED.**

DATED: February 28, 2013

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

I hereby attest and certify on Feb 28, 2013 that the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

Clerk, U.S. District Court
Southern District of California

By: s/ Angela Rowland
Deputy

CLERK, US COURT OF APPEALS
FEDERAL CIRCUIT
717 MADISON PLACE NW
WASHINGTON DC 20439

Contents:

1. Transmittal
2. Copy of Order

RECEIVED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT
MAR 12 2013
JAN HORBALY
CLERK

**UNITED STATES DISTRICT COURT**
Southern District Of California
Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

To: CLERK, US COURT OF APPEALS
FEDERAL CIRCUIT
717 MADISON PLACE NW
WASHINGTON DC 20439

**Re: USCA No: 2012-1162, -1210, -1213**
**USDC No: 09-cv-00102-H-WMC**

Clerk, U.S. Court of Appeals, enclosed herewith you will please find:

| | |
|---|---|
| x | Order Granting Vacatur of Final Judgment and Orders, entered 2/28/2013. |

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

s/ A. Rowland
By:
A. Rowland, **Deputy**

Date: 2/28/2013